UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CURTIS WAYNE CHAUVIN ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No. 3:09-0448 |
| ] | Judge Echols |
| CHEATHAM COUNTY JAIL, et al. ] | |
| Defendants. ] | |

**O R D E R**

The Court has before it a *pro se* prisoner complaint (Docket Entry No. 3) under 42 U.S.C. § 1983.

In accordance with the Memorandum contemporaneously entered, plaintiff's complaint is hereby DISMISSED as legally frivolous. Since the instant action is frivolous within the meaning of 28 U.S.C. § 1915(e)(2), an appeal of this Order and the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit an application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month

period. 28 U.S.C. § 1915(a)(2); McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir.1997).

It is so ORDERED.

*Robert L. Echols*
Robert L. Echols
Senior District Judge